IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **PATRICIA ENRIGHT** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:24cv-00347 |
| | ) |
| | ) |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the court on the Plaintiff's unopposed motion to transfer this matter to the Western District of Pennsylvania.

It appearing to the court that this matter should be transferred the Western District of Pennsylvania for the reasons stated in the unopposed motion to transfer, it is hereby

ORDERED that the clerk shall transfer this case to the Western District of Pennsylvania and that the Defendant's pending motion to dismiss based upon lack of personal jurisdiction is deemed moot. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is stayed until such time as the Western District of Pennsylvania enters an order setting a deadline for Defendant's responsive pleading.

So entered this 12th day of April 2024

/s/

Leonie M. Brinkema
United States District Judge